# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA WATTERS, MOLLY POPISH, and
LAURIE BURDETT,

: CIVIL ACITON NO. 3:18-CV-2117

Plaintiffs,

:(JUDGE MARIANI)

v.

BOARD OF SCHOOL DIRECTORS OF THE
CITY OF SCRANTON and SCHOOL
DISTRICT OF THE CITY OF SCRANTON,

Defendants.

## ORDER

**AND NOW, THIS TWENTY-SECOND DAY OF AUGUST 2019**, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 4) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion is **GRANTED** as follows:

    - Count III of Plaintiffs' Complaint for a Violation of 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**;

    - Paragraph 79 contained in Count V of Plaintiffs' Complaint is **STRICKEN**.

2. The Court declines to exercise jurisdiction over the remaining state law claims, Counts I, II, IV, and V, and, therefore, these claims are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to close this case.

_____
Robert D. Mariani
United States District Judge